1 William D. Hyslop
2 United States Attorney
Eastern District of Washington
3 Richard R. Barker
4 Assistant United States Attorney
Post Office Box 1494
5 Spokane, WA 99210-1494
6 Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2020

SEAN F. McAVOY, CLERK

7
8 UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
9
10 UNITED STATES OF AMERICA,

2:20-CR-165-RMP
11            Plaintiff,          INDICTMENT

12
         v.                       Vio.:  18 U.S.C. §§ 842(a)(1),
13                                        844(a)(1)
14 CYNTHIA LYNN BRIGMAN and              Dealing in Explosive
AMANDA RAE BRIGMAN-                    Material
15 ABRAHAMSON,                          (Count 1)
16
            Defendants.               26 U.S.C. §§ 5861(d), 5871
17                                     Possession of a Destructive
18                                     Device
19                                     (Count 2)

20                                     18 U.S.C. § 981, 18 U.S.C.
21                                     § 982, 18 U.S.C. § 844, 26
                                       U.S.C. § 5872, 28 U.S.C.
22                                     § 2461, 49 U.S.C. § 80303
23                                     Forfeiture Allegations
24
25      The Grand Jury charges:

26                          COUNT 1

27      Beginning on a date unknown, but by on or about July 1, 2019, and

28 continuing until on or about July 2, 2019, in the Eastern District of Washington,


INDICTMENT – 1

the Defendants, CYNTHIA LYNN BRIGMAN and AMANDA RAE BRIGMAN-ABRAHAMSON, knowingly engaged in the business of dealing in explosive materials, to wit: safety fuses and a chemical compound mixture containing potassium perchlorate and aluminum, chemically consistent with flash powder, without a license to do so, all in violation of 18 U.S.C. §§ 842(a)(1), 844(a)(1).

COUNT 2

On or about July 2, 2019, in the Eastern District of Washington, the Defendants, CYNTHIA LYNN BRIGMAN and AMANDA RAE BRIGMAN-ABRAHAMSON, knowingly received and possessed a destructive device, as defined in 26 U.S.C. § 5845(a)(8), (f)(1)(A), to wit: one or more pipe bombs, which were not registered to the Defendants in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5861(d), 5871.

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 844(c)(1), 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 842(a)(1), 844(a)(1), as set forth in Count 1 of this Indictment, the Defendants, CYNTHIA LYNN BRIGMAN and AMANDA RAE BRIGMAN-ABRAHAMSON, shall forfeit to the United States of America, any explosive materials involved or used or intended to be used in the violation; and/or, pursuant to 18 U.S.C. § 981(a)(1)(C) and G, 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from proceeds the person obtained directly or indirectly, as the result of such violation.

Pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872 and 28 U.S.C. § 2461, upon conviction of an offense in violation of 26 U.S.C. §§ 5861(d), 5871, as set forth in Count 2 of this Indictment, the Defendants, CYNTHIA LYNN BRIGMAN

INDICTMENT – 2

1    and AMANDA RAE BRIGMAN-ABRAHAMSON, shall forfeit to the United

2    States of America, any materials involved in the violation.

3        DATED this ____1____ day of December 2020.

4

5                                    A TRUE BILL

6

7                                    Foreperson

8

9

10   _____
     William D. Hyslop
11   United States Attorney

12

13   _____

14   Richard R. Barker
     Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT – 3