

Molly M. Winston
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Cynthia Lynn Brigman

# United States District Court
## Eastern District of Washington
### Honorable Rosanna Malouf Peterson

| | |
|---|---|
| United States of America, | No. 2:20-CR-0165-RMP-1 |
| Plaintiff, | |
| v. | Discovery Status Report |
| Cynthia Lynn Brigman, | |
| Defendant. | |

On January 25, 2021, the Court entered a Pretrial Order, including direction for counsel to meet and discuss the scope and timeline for all discovery disclosures and to file a discovery status report within three days of the meeting.[1] The United States disclosed its initial discovery on or about February 4, 2021. Counsel has communicated regarding this disclosure but has not had enough time to fully evaluate discovery, make any subsequent supplemental requests, or review discovery with Ms. Brigman. At this time there are no outstanding issues or discovery motions to raise with the Court. Zach Ayers, counsel for Amanda Rae Brigman-Abrahamson, joins in this report.

Dated: February 8, 2021.

                                  Federal Defenders of Eastern Washington & Idaho
                                  Attorneys for Cynthia Lynn Brigman

                                  <u>s/Molly M. Winston</u>
                                  Molly M. Winston, WSBA #50416
                                  10 North Post Street, Suite 700
                                  Spokane, Washington 99201
                                  (509) 624-7606
                                  molly_winston@fd.org

---

[1] ECF No. 24.

Service Certificate

I certify that on February 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Richard Barker.

<u>s/Molly M. Winston</u>
Molly M. Winston, WSBA #50416
10 North Post Street, Suite 700
Spokane, Washington 99201
(509) 624-7606
molly_winston@fd.org